BROOKS L. ILER, Esq.
ILER & ILER, LLP
13400 Pomerado Avenue
Poway, CA 92064

Attorneys for Plaintiff
JUAN ADVINCULA

THOMAS M. HERLIHY (SBN 83615)
MICHAEL G. GLANZBERG (SBN 178751)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104
Telephone: (415) 951-0535
Facsimile: (415) 391-7808

Attorneys for Defendant
UNUM LIFE INSURANCE
COMPANY OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JUAN ADVINCULA,<br><br>Plaintiff,<br><br>vs.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA, and Does 1-10,<br><br>Defendants. | CASE NO. C 06-01989 JW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

1  IT IS STIPULATED AND AGREED by and between Juan Advincula ("plaintiff") and Unum
2  Life Insurance Company of America ("Unum") and through their attorneys of record, to dismiss this
3  action in its entirety with prejudice, pursuant to Fed. R. Civ. P. 41(a).

4  The parties have reached a resolution in this matter and on that basis request the Court's
5  approval of dismissal of this action. Each party shall bear its own fees and costs.

ILER & ILER, LLP

Date: October 6, 2006

By _____
Brooks L. Iler
Attorney for Plaintiff
JUAN ADVINCULA

KELLY, HERLIHY & KLEIN, LLP

Date: October 16, 2006

By _____
Michael G. Glanzberg
Attorney for Defendant
UNUM LIFE INSURANCE
COMPANY OF AMERICA

**IT IS SO ORDERED.**

Date: October 18, 2006

_____
Honorable James Ware
United States District Judge

-1-

STIPULATION FOR DISMISSAL WITH PREJUDICE
CASE NO. C 06-01989 JW